1  JULIE ARIAS YOUNG (State Bar No. 168664)
   jyoung@yzblaw.com
2  KAREN J. PAZZANI (State Bar No. 252133)
3  kpazzani@yzblaw.com
   YOUNG, ZINN & BATE LLP
4  888 South Figueroa Street, Fifteenth Floor
5  Los Angeles, California 90017
   Telephone:  (213) 362-1860
6  Facsimile:   (213) 362-1861
7
8  Attorneys for Defendant
   YALE UNIVERSITY
9

10                UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12

13

14  John Doe,                              Case No.  2:15-cv-7263-SVW(AGRx)

15         Plaintiff,

16                                         **DEFENDANT YALE UNIVERSITY'S
                                           NOTICE OF MOTION AND MOTION
17         vs.                             TO TRANSFER VENUE TO DISTRICT
                                           OF CONNECTICUT PURSUANT TO 28
18  Yale University, by and though the     USC § 1404(a)**
    President and Fellows of Yale
19  College; and Does 1 to 100,
20  inclusive,
                                           Date:     October 19, 2015
21         Defendants.                     Time:     1:30 p.m.
22                                         Judge:    Hon. Stephen V. Wilson
                                           Ctrm:     6
23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION TO TRANSFER VENUE

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JOHN DOE AND TO HIS ATTORNEYS OF RECORD GARY KURTZ, ESQ. AND THE LAW OFFICE OF GARY KURTZ:**

**PLEASE TAKE NOTICE** that on October 19, 2015 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 6 of the United States District Court of the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012-4701, before the Honorable Stephen V. Wilson, Defendant YALE UNIVERSITY ("Defendant"), will and hereby does move, pursuant to 28 U.S.C. § 1404(a), for an order transferring this action to the District of Connecticut.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Harold Rose and Karen J. Pazzani, the papers and pleadings on file in this matter, and any such oral and documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This Motion is made following the conference of counsel pursuant to C.D. Cal. Loc. R. 7-3, which took place on September 9 and 10, 2015.  (*See* Declaration of Karen J. Pazzani, ¶ 11.)

DATED:  September 17, 2015         JULIE ARIAS YOUNG
　　　　　　　　　　　　　　　　　　KAREN J. PAZZANI
　　　　　　　　　　　　　　　　　　YOUNG, ZINN & BATE LLP

　　　　　　　　　　　　　　　　　　By:    /s/ Karen J. Pazzani
　　　　　　　　　　　　　　　　　　　　KAREN J. PAZZANI
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　YALE UNIVERSITY

1

DEFENDANT'S NOTICE OF MOTION TO TRANSFER VENUE

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 888 S. Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 17, 2015, I hereby certify that I electronically filed the foregoing document described as **DEFENDANT YALE UNIVERSITY'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO DISTRICT OF CONNECTICUT PURSUANT TO 28 USC § 1404(a)** with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted on the following interested parties in this action at the email addressed below:

| Gary Kurtz, Esq.<br>Law Office of Gary Kurtz<br>A Professional Law Corporation<br>30101 Agoura Court, Suite 130<br>Agoura Hills, California 91310<br>Tel.: 818-884-8400<br>Fax: 818-884-8404<br>Email: gary@garykurtzlaw.com | Representing Plaintiff<br>JOHN DOE |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2015, at Los Angeles, California.

_____
Jessica Alvarez